HEATHER E. WILLIAMS, Bar #122664
Federal Defender
JANET BATEMAN, Bar #241210
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MICHAEL LAWRENCE MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. 6:13-mj-0049 MJS |
| *Plaintiff*, | STIPULATION TO CONTINUE CHANGE OF PLEA HEARING;ORDER |
| v. | |
| MICHAEL LAWRENCE MILLER, | Date: September 24, 2013<br>Time: 10:00 a.m.<br>Judge: Honorable Michael J. Seng |
| *Defendant*. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the change of plea hearing in the above-captioned matter now set for September 9, 2013 **may be continued to September 24, 2013 at 10:00 a.m. before the Honorable Michael J. Seng.**

This continuance is at the request of defense counsel because Mr. Miller's way into the park from Neveda is via the Tioga Road, which is presently closed due to the ongoing fire. As a result, the government has agreed to move his hearing to Tuesday, September 24, 2013. The requested continuance is with the intention of conserving time and resources for both parties and the court.

///
///
///
///

|   |   |   |
|---|---|---|
| 1 | The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial. | |

The parties agree that the delay resulting from the continuance shall be excluded as necessary for effective defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).  For this reason, the ends of justice served by the granting of the requested continuance outweigh the interests of the public and the defendant in a speedy trial.

Respectfully submitted,

BENJAMIN B. WAGNER
United States Attorney

DATED: September 9, 2013   By:   */s/ Yosemite Legal Officer*
YOSEMITE LEGAL OFFICER
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

DATED: September 9, 2013   By:   */s/ Janet Bateman*
JANET BATEMAN
Assistant Federal Defender
Attorney for Defendant
MICHAEL LAWRENCE MILLER

ORDER

Good cause appearing, the parties Stipulation is accepted and adopted by the Court.

IT IS SO ORDERED.

Dated:   September 9, 2013   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

Miller: Stipulation and Proposed Order        −2−